# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2028
_____

CHARLES DAWSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


April 16, 2026


PER CURIAM.

The Court denies on the merits Petitioner's amended petition alleging ineffective assistance of counsel docketed on August 13, 2025.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Dawson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.